THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Donald Earl Eaddy, II, Appellant.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No. 2005-UP-382
Submitted June 6, 2005  Filed June 14, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III , Office of Appellate Defense, of Columbia,  for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia,and  Robert Douglas Robbins, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Donald Earl Eaddy, II, was indicted for assault and battery with intent to kill and infliction of great bodily harm upon a child.  A jury convicted Eaddy on the infliction of great bodily harm upon a child charge, and the lesser included offense of assault and battery of a high and aggravated nature on the assault and battery with intent to kill charge.  The trial judge sentenced Eaddy to concurrent sentences of twenty years on the infliction of great bodily harm upon a child charge and ten years, suspended upon service of nine years with five years of probation, on the assault and battery of a high and aggravated nature charge.  Eaddys counsel attached to the brief a petition to be relieved as counsel, stating that he had reviewed the record and concluded this appeal lacks merit.  Eaddy has filed a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

1 We decide this case without oral argument pursuant to Rule 215, SCACR.